1

2

3

4

5

6        **IN THE UNITED STATES DISTRICT COURT**

7        **FOR THE DISTRICT OF ARIZONA**

8

9   Alberto George Luna,                        No. CV13-00385-PHX-SRB

10                  Plaintiff,

11  v.

12  Joseph M. Arpaio, et al.,

13                  Defendants.

14

15

16          Plaintiff Alberto George Luna filed his Civil Rights Complaint on February 22,

17  2013. On April 25, 2013, the Court issued a screening order advising Plaintiff that he

    "must file and serve a notice of change of address in accordance with Rule 83.3(d) of the

18  Local Rules of Civil Procedure." Plaintiff was further advised that "Failure to comply

19  may result in dismissal of this action."

20          The Magistrate Judge filed his Report and Recommendation on August 8, 2013

21  recommending that Plaintiff's case be dismissed without prejudice. The Court finds itself

22  in agreement with the Report and Recommendation of the Magistrate Judge.  The Court

23  notes that Plaintiff's copy of the Report and Recommendation was returned by the Post-

24  Office with the notation "Return to Sender No Longer in Custody."

25          IT IS ORDERED adopting the Report and Recommendation of the Magistrate

26  Judge as the order of this Court.

27  / / /

28

1

2        IT IS FURTHER ORDERED dismissing this case.

3        IT IS FURTHER ORDERED that the Clerk enter judgment accordingly.

4

5        Dated this 10th day of September, 2013.

6

7

8

9                                            Susan R. Bolton
                                    United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28